IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID CONNER, on behalf of himself and others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>MUSHRUSH UTILITY CONTRACTING, INC.,<br><br>  Defendant. | Case No. 5:22-cv-01759-CAB<br><br>Judge Christopher A. Boyko<br><br>**ORDER APPROVING SETTLEMENT** |

Before the Court is the Parties' *Joint Motion for Approval of FLSA Settlement*, in which the Parties move the Court for an Order approving their Fair Labor Standards Act ("FLSA") collective action settlement. Having reviewed the Motion, the Parties' Settlement Agreement, and the papers on file in this case, it is hereby ORDERED AND ADJUDGED as follows:

This Court accepts and approves the proposed settlement and holds the proposed settlement submitted by the parties is a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act;

The Court orders that Plaintiffs' individual settlement payments and Plaintiffs' Counsel's attorneys' fees and costs be distributed in the manner, and subject to the terms and conditions, set forth in the settlement;

The Court finds that the Plaintiffs' Counsel's attorneys' fees request and requests for costs is reasonable; and

The above case is hereby dismissed with prejudice; each party to bear her/its own costs, except as otherwise provided by the *Collective Action Settlement and Release*. All pending deadlines are stricken as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement.

IT IS SO ORDERED this \_\_1st\_\_ day of \_\_\_June_____, 2023.

_____
JUDGE CHRISTOPHER A. BOYKO